

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00322-CR

---

In re Devoris Newson, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

Relator, Devoris Newson, filed a petition for writ of mandamus on November 26, 2025. After consideration, the Court has determined that Newson is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. We deny any pending motions as moot.


GINA M. PALAFOX, Justice

December 18, 2025

Before Palafox and Soto, JJ., Rodriguez, C. J.(Senior Judge)
Rodriguez, C.J. (Ret.), sitting by assignment

(Do Not Publish)